UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ARTHUR L. MERCER,

                           Plaintiff,                No. 1:13-CV-1052

      -v-

JOAN GUDESBLATT LAMB, Prosecutor;
HOLLEY D. CARNRIGHT, Ulster County
District Attorney; and KEVIN C. HARP,
Prosecutor,

                           Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                            OF COUNSEL:

ARTHUR L. MERCER
Plaintiff Pro Se
11-A-5486
Fishkill Correctional Facility
P.O. Box 1245
Beacon, NY 12508

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

      Pro se plaintiff Arthur Mercer brought this action pursuant to 42 U.S.C. § 1983. On August 28, 2013, the Honorable Christian F. Hummel, United States Magistrate Judge, advised by Report-Recommendation that plaintiff's complaint be dismissed as barred by Heck v. Humphrey, 512 U.S. 477, 486–87 (1994). No objections to the Report-Recommendation were filed.

      Based upon a careful review of the entire file and the recommendations of the

Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

Plaintiff's complaint is DISMISSED in its entirety.

The Clerk is directed to file a judgment and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: November 6, 2013
Utica, New York.